IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:08cv033

KENNETH WAYNE BRADSHAW,   )
                          )
         Plaintiff,       )
                          )
    vs.                   )
                          )
MICHAEL J. ASTRUE,        )
Commissioner of Social Security, )
                          )
         Defendant.       )
_____)

## J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Summary Judgment is **DENIED**; the Defendant's Motion for Summary Judgment is **GRANTED**; and the Commissioner's decision is hereby **AFFIRMED**. This case is hereby **DISMISSED WITH PREJUDICE.**

Signed: September 14, 2011

Martin Reidinger
United States District Judge